Check No. 1168386

Voucher manifest below. Please save the following pages for your records.
Pay to: CLERK CLERK U.S. BANKRUPTCY COURT
***** FOR INFORMATION ON ELECTRONIC PAYMENTS CONTACT DCOOK@PAMD13TRUSTEE.COM. *****

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| 12-00986-RNO | 004-0 | KAREN LEE GASPER<br>Original Check written to:<br>FIRST NATIONAL BANK<br>101 NORTH 2ND STREET<br>HARRISBURG, PA 17101-1402 | 3450 | 120,578.01 | 194.33 | 0.00 | 194.33 |
| 12-02361-RNO | 008-0 | PERNELL DAVID HAMMOND<br>Original Check written to:<br>UNITED CREDIT RECOVERY, LLC<br>PO BOX 953245<br>LAKE MARY, FL 32795- | 7586 | 985.17 | 0.32 | 0.00 | 0.32 |
| 12-02542-RNO | 010-0 | THEODORE R. HART<br>Original Check written to:<br>MIFFLIN COUNTY TAX CLAIM<br>BUREAU<br>20 NORTH WAYNE STREET<br>LEWISTOWN, PA 17044 | 100D | 0.00 | 271.10 | 0.00 | 271.10 |
| 12-02654-RNO | 006-0 | WILLIAM D. SNYDER<br>Original Check written to:<br>FIA CARD SERVICES<br>P.O. BOX 15102<br>WILMINGTON, DE 19886-5102 | 5053 | 5,675.00 | 1,815.91 | 0.00 | 1,815.91 |
| 12-04069-RNO | 004-0 | ROBERT A. BERGEY, JR.<br>Original Check written to:<br>ADVANTA BANK CORP<br>P.O. BOX 30715<br>SALT LAKE CITY, UT 84130- | | 0.00 | 2,160.00 | 0.00 | 2,160.00 |
| 12-04940-RNO | 999-0 | ANDREW BISHOP CARRELL<br>Original Check written to:<br>ANDREW BISHOP CARRELL and ROXANNE JEANNE CARRELL<br>265 EL DORADO BLVD.<br>APT. 2322<br>WEBSTER, TX 77598- | | 0.00 | 212.48 | 0.00 | 212.48 |
| 12-05423-RNO | 005-0 | CHRISTOPHER R. FRATELLI<br>Original Check written to:<br>WILLIAM C LINSENBACH<br>150 KERRSVILLE ROAD<br>CARLISLE, PA 17013- | | 308.38 | 1,772.33 | 0.00 | 1,772.33 |
| 14-00846-RNO | 001-0 | JUANA RIVERA<br>Original Check written to:<br>MARINER FINANCE, LLC<br><br>3301 BOSTON STREET<br>BALTIMORE, MD 21224 | 2603 | 2,551.46 | 22.66 | 0.00 | 22.66 |

**Charles J. DeHart, III**
**Standing Chapter 13 Bankruptcy Trustee**
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

Fulton Bank
Lancaster PA 17604

60-142
---
313

No. 1168386

June 13, 2017

PAY** Six Thousand Four Hundred Forty Nine Dollars and 13 Cents*******************

AMOUNT**$6,449.13**********

TO THE ORDER OF

VOID AFTER September 11, 2017
Positive Pay Account

CLERK U.S. BANKRUPTCY COURT
P.O. BOX 908
HARRISBURG, PA 17108-